# IN UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| IN RE: INTRAMTA SWITCHED ACCESS CHARGES LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>MCI COMMUNICATIONS SERVICES, INC. and VERIZON SELECT SERVICES INC.<br><br>         Plaintiffs/Counterclaim-<br>         Defendants,<br><br>v.<br><br>AT&T COMMUNICATIONS OF TEXAS, LLC; AT&T COMMUNICATIONS OF VIRGINIA, LLC; TELEPORT COMMUNICATIONS AMERICA, LLC; TELEPORT COMMUNICATIONS ATLANTA, INC.; TELEPORT COMMUNICATIONS GROUP INC.; ELECTRIC LIGHTWAVE LLC; CENTURYTEL OF ALABAMA, LLC; CENTURYTEL OF EAGLE, INC.; UNITED TELEPHONE COMPANY OF THE WEST; COX ARKANSAS TELCOM, L.L.C.; COX COM LLC; COX NEVADA TELCOM, LLC; COX RHODE ISLAND TELCOM, LLC; TIME WARNER CABLE INFORMATION SERVICES (INDIANA), LLC; TIME WARNER CABLE INFORMATION SERVICES (KENTUCKY), LLC; TIME WARNER CABLE INFORMATION SERVICES (MAINE), LLC; TIME WARNER CABLE INFORMATION SERVICES (MASSACHUSETTS), LLC; TIME WARNER CABLE INFORMATION SERVICES (NORTH CAROLINA), LLC; TIME WARNER CABLE INFORMATION SERVICES (OHIO), LLC; TIME WARNER CABLE INFORMATION SERVICES (TEXAS), LLC; CAVALIER TELEPHONE MID-ATLANTIC, LLC; MCLEODUSA | Civil Action No. 3:14-MD-2587-D<br>(MDL No. 2587)<br><br><br><br><br><br><br><br><br><br><br>Civil Action No. 3:14-CV-4427-D |

| | |
|---|---|
| TELECOMMUNICATIONS SERVICES, L.L.C.; PAETEC COMMUNICATIONS, LLC; US LEC OF PENNSYLVANIA LLC; US LEC OF SOUTH CAROLINA LLC; US LEC OF TENNESSEE LLC; US LEC OF VIRGINIA LLC; VALOR TELECOMMUNICATIONS OF TEXAS, LLC; WINDSTREAM D&E SYSTEMS, LLC; WINDSTREAM D&E, INC.; WINDSTREAM KENTUCKY EAST, LLC; WINDSTREAM NEBRASKA, INC.; WINDSTREAM NUVOX, LLC; WINDSTREAM PENNSYLVANIA, INC.; NORTHERN NEW ENGLAND TELEPHONE OPERATIONS LLC; and TELEPHONE OPERATING COMPANY OF VERMONT LLC, | § § § § § § § § § § § § § § § § |
| Defendants/Counterclaim-Plaintiffs, | § § § |
| ACCESS POINT, INC.; ADVANCED TELCOM GROUP, INC.; BRIGHT HOUSE NETWORKS INFORMATION SERVICES (FLORIDA), LLC; BRIGHT HOUSE NETWORKS INFORMATION SERVICES (INDIANA), LLC; BROADVIEW NETWORKS, INC.; CABLEVISION LIGHTPATH, INC.; CENTURYTEL OF ALABAMA, LLC; CENTURYTEL OF EAGLE, INC.; CONSOLIDATED COMMUNICATIONS ENTERPRISE SERVICES, INC.; INTEGRA TELECOM HOLDINGS, INC.; MEDIACOM TELEPHONY OF ILLINOIS, LLC; OTELCO TELEPHONE LLC; SMART CITY TELECOMMUNICATIONS LLC; TW TELECOM OF COLORADO LLC; US XCHANGE OF INDIANA, L.L.C.; XO COMMUNICATIONS SERVICES, LLC; and XCHANGE TELECOM LLC, | § § § § § § § § § § § § § § § § § § § § § § |
| Defendants. | § |

2

38819186.1

**Judgment**

For the reasons stated in the Court's order entered on November 17, 2015, issued in *In re IntraMTA Switched Access Charges Litig.*, No. 3:14-MD-2587-D (N.D. Tex. Nov. 17, 2015) (ECF No. 134) granting Defendant Local Exchange Carriers' ("LECs") motion to dismiss, IT IS ORDERED AND ADJUDGED:

That judgment is entered in the above-captioned actions dismissing all of MCI COMMUNICATIONS SERVICES, INC. and VERIZON SELECT SERVICES INC.'s ("IXCs") claims against the LECs with prejudice.

For the reasons stated in the Court's May 15, 2018 Order, issued in *In re IntraMTA Switched Access Charges Litig.*, No. 3:14-MD-2587-D (N.D. Tex. May 15, 2018) (ECF No. 305) granting summary judgment to the Counterclaimant LECs and against the IXCs in this Proceeding:  IT IS ORDERED AND ADJUDGED:

That judgment is entered in the above-captioned action in favor of Counterclaimant ELECTRIC LIGHTWAVE LLC and against Counterclaim-Defendants MCI COMMUNICATIONS SERVICES, INC. and VERIZON SELECT SERVICES INC. in the amount of $6,095.01, other than as to any attorney's costs and fees.

That judgment is entered in the above-captioned action in favor of Counterclaimants AT&T COMMUNICATIONS OF TEXAS, LLC; AT&T COMMUNICATIONS OF VIRGINIA, LLC; TELEPORT COMMUNICATIONS AMERICA, LLC; and TELEPORT

COMMUNICATIONS ATLANTA, INC.[1] and against Counterclaim-Defendants MCI COMMUNICATIONS SERVICES, INC. and VERIZON SELECT SERVICES INC. as follows, other than as to any attorney's costs and fees:

| LEC | Stipulated LPC Amount |
|---|---:|
| AT&T COMMUNICATIONS OF TEXAS, LLC | $1,100.43 |
| AT&T COMMUNICATIONS OF VIRGINIA LLC | $231.97 |
| TELEPORT COMMUNICATIONS AMERICA, LLC | $2,484.92 |
| TELEPORT COMMUNICATIONS ATLANTA, INC. | $12,313.56 |

That judgment is entered in the above-captioned action in favor of Counterclaimants CENTURYTEL OF ALABAMA, LLC; CENTURYTEL OF EAGLE, INC.; and UNITED TELEPHONE COMPANY OF THE WEST and against Counterclaim-Defendants MCI COMMUNICATIONS SERVICES, INC. and VERIZON SELECT SERVICES INC. in the amount of $3,794.08, other than as to any attorney's costs and fees.

That judgment is entered in the above-captioned action in favor of Counterclaimants COX ARKANSAS TELCOM, L.L.C.; COX COM LLC; COX NEVADA TELCOM, LLC; and COX RHODE ISLAND TELCOM, LLC and against Counterclaim-Defendants MCI COMMUNICATIONS SERVICES, INC. and VERIZON SELECT SERVICES INC. in the amount of $3,545.05, other than as to any attorney's costs and fees.

---

[1] Teleport Communications Group Inc., named as a defendant in this action, was a holding company that did not provide telecommunications services. Teleport Communications Group Inc. was dissolved effective June 30, 2015.

That judgment is entered in the above-captioned action in favor of Counterclaimant TIME WARNER CABLE INFORMATION SERVICES (INDIANA), LLC; TIME WARNER CABLE INFORMATION SERVICES (KENTUCKY), LLC; TIME WARNER CABLE INFORMATION SERVICES (MAINE), LLC; TIME WARNER CABLE INFORMATION SERVICES (MASSACHUSETTS), LLC; TIME WARNER CABLE INFORMATION SERVICES (NORTH CAROLINA), LLC; TIME WARNER CABLE INFORMATION SERVICES (OHIO), LLC; TIME WARNER CABLE INFORMATION SERVICES (TEXAS), LLC, and against Counterclaim-Defendants MCI COMMUNICATIONS SERVICES, INC. and VERIZON SELECT SERVICES INC. in the amount of $94,408.82, other than as to any attorney's costs and fees.

That judgment is entered in the above-captioned action in favor of Counterclaimants CAVALIER TELEPHONE MID-ATLANTIC, L.L.C.; MCLEODUSA TELECOMMUNICATIONS SERVICES, L.L.C.; PAETEC COMMUNICATIONS, LLC; US LEC OF PENNSYLVANIA LLC; US LEC OF SOUTH CAROLINA LLC; US LEC OF TENNESSEE LLC; US LEC OF VIRGINIA LLC; VALOR TELECOMMUNICATIONS OF TEXAS, LLC; WINDSTREAM D&E SYSTEMS, LLC; WINDSTREAM D&E, INC.; WINDSTREAM KENTUCKY EAST, LLC; WINDSTREAM NEBRASKA, INC.; WINDSTREAM NUVOX, LLC; and WINDSTREAM PENNSYLVANIA, INC. and against Counterclaim-Defendants MCI COMMUNICATIONS SERVICES, INC. and VERIZON SELECT SERVICES INC. in the amount of $67,298.46, other than as to any attorney's costs and fees.

That judgment is entered in the above-captioned action in favor of Counterclaimants NORTHERN NEW ENGLAND TELEPHONE OPERATIONS LLC, and TELEPHONE

OPERATING COMPANY OF VERMONT LLC and against Counterclaim-Defendants MCI COMMUNICATIONS SERVICES, INC. and VERIZON SELECT SERVICES INC. in the amount of $9,269.10, other than as to any attorney's costs and fees.

    This is a final, appealable judgment.

Dated:   June 7, 2018

                                                SIDNEY A. FITZWATER
                                                UNITED STATES DISTRICT JUDGE

38819186.1